## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

RITA L. CAMP                                                                                    PLAINTIFF

v.                                          4:04CV00443 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                  DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 19th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE